**Order filed, January 7, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-01019-CV
_____

**LORETTA BRANCH, GRAYLYN JUDKINS AND WANDA FORD,**
**Appellant**

**V.**

**MONUMENTAL LIFE INSURANCE COMPANY, Appellee**

---

**On Appeal from the Co Ct at Law No 1 & Probate Ct**
**Brazoria County, Texas**
**Trial Court Cause No. CIO46943**

---

## ORDER

The reporter's record in this case was due December 14, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sherri Stadter**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM